cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.07MJ2740-AJB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| LUIS VEA ALGANDAR | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

A.   **Order For Detention**

After conducting a detention hearing pursuant to 18 U.S.C.§3142(f) of the Bail Reform Act, the Court orders the above named defendant detained pursuant to 18 U.S.C. §3142(e) and (i).

B.   **Statement of Reasons For the Detention**

The Court orders the defendant's detention because it finds:

    ___X___        By a preponderance of the evidence that no condition or combination of condi-

                        tions will reasonably assure the appearance of the defendant as required.

    _____        By clear and convincing evidence that no condition or combination of conditions

                        will reasonably assure the safety of any other person and the community.

C.   **Findings of Fact**

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

1    __X__    (1) Nature and circumstances of the offense charged:

2        __X__    (a) The crime: __Importation of a Controlled Substance__

3    is a serious crime and carries a maximum penalty of __Life__

4        _____ (b) The offense is a crime of violence.

5        __X__ (c) The offense involves a narcotic drug.

6        __X__ (d) The offense involves a large amount of controlled substances, to wit:

7            __11.40 kg cocaine__

8    __X__    (2) The weight of the evidence against the defendant is high but is the least significant

9    factor.

10    __X__    (3) The history and characteristics of the defendant including:

11        __X__    (a) General Factors:

12            _____        The defendant appears to have a mental condition which may

13                    affect whether the defendant will appear.

14            __X__        The defendant has no family ties in the local area.

15            _____        The defendant has no steady employment.

16            __X__        The defendant has no substantial financial resources or bond

17                    proposals.

18            __X__        The defendant is not a long time resident of the community.

19            __X__        The defendant does not have any significant community ties.

20            _____        Past conduct of the defendant: _____

21                    _____

22                    _____

23            _____        The defendant has a history relating to drug abuse.

24            _____        The defendant has a history relating to alcohol abuse.

25            _____        The defendant has a significant prior criminal record.

26            _____        The defendant has a prior record of failure to appear at court

27                    proceedings.

28

1       _____      The defendant has a prior record of probation, parole or supervised

2       release violations and/or revocations.

3     _____  (b) At the time of the current arrest, the defendant was on:

4       _____  Probation

5       _____  Parole

6       _____  Release pending trial, sentence, appeal or completion of sentence.

7     _X_    (c) Other Factors:

8       _____     The defendant is an illegal alien and is subject to deportation.

9       _X_     The defendant is a legal alien and will be subject to deportation if

10     convicted.

11       _____     Other:_____

12     _____

13     _____

14     _____  (4) The nature and seriousness of the danger posed by the defendant's release are

15     as follows:_____

16     _____

17   _X_    (5) Rebuttable Presumptions

18     In determining that the defendant should be detained, the Court also relied on the

19     following rebuttable presumptions(s) contained in 18 U.S.C. §3142(e) which the

20     Court finds the defendant has not rebutted.

21     _X_    (a)  That no condition or combination of conditions will reasonably assure

22     the appearance of the defendant as required and the safety of any other

23     person and the community because the Court finds that the crime involves:

24       _____     (A) A crime of violence; or

25       _____     (B) An offense for which the maximum penalty is life imprison-

26     ment or death; or

27       _X_     (C) A controlled substance violation which has a maximum pen-

28     alty of 10 years or more; or,

1     (D) A felony after the defendant had been convicted of two or

2     more prior offenses described in (A) through (C) above, and the

3     defendant has a prior conviction for one of the crimes mentioned in

4     (A) through (C) above which is less than five years old and which

5     was committed while the defendant was on pretrial release.

6    (b)  That no condition or combination of conditions will reasonably assure

7  the appearance of the defendant as required and the safety of the commu-

8  nity because the Court finds that there is probable cause to believe:

9     (A) That the defendant has committed a controlled substance

10     violation which has a maximum penalty of 10 years or more.

11     (B) That the defendant has committed an offense under 18 U.S.C.

12     §924(c) (uses or carries a firearm during and in relation to any

13     crime of violence, including a crime of violence, which provides

14     for an enhanced punishment if committed by the use of a deadly or

15     dangerous weapon or device).

16 D. **Additional Directives**

17  IT IS ORDERED that the defendant be committed to the custody of the Attorney General or his

18 designated representative for confinement in a corrections facility separate, to the extent practicable,

19 from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant

20 shall be afforded a reasonable opportunity for private consultation with his counsel.

21  While in custody, on order of a court of the United States or on request of an attorney for the

22 government, the person in charge of the corrections facility shall deliver the defendant to a United States

23 Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance

24 stipulated to by defense and Government counsel.

25  IT IS SO ORDERED.

26 DATED:  December 3, 2007

27        Hon. Anthony J. Battaglia

         U.S. Magistrate Judge

28        United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28