

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3455-JM |
|---|---|
| Plaintiff, | ) <br> ) I N F O R M A T I O N |
| v. | ) Title 21, U.S.C., Secs. 952 and <br> ) 960 - Importation of Cocaine; |
| LUIS VEA ALGANDAR (1), <br> MARISOL VALENZUELA VALDEZ (2), | ) Title 18, U.S.C., Sec. 2 - Aiding <br> ) and Abetting (Felony) |
| Defendants. | ) |

The United States Attorney charges:

On or about November 25, 2007, within the Southern District of California, defendants LUIS VEA ALGANDAR and MARISOL VALENZUELA VALDEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 11.40 kilograms (25.08 pounds), of cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: 12/27/07.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:San Diego
12/7/07