AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

~~MARISOL VALENZUELA VALDEZ (2)~~
Luis Vea-Algandar

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3455-JM

I, Luis Vea-Algandar, ~~MARISOL VALENZUELA VALDEZ,~~ the above-named defendant, who is accused of committing the following offenses:

Importation of cocaine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on Dec 27, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

FILED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY